# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02CR200-02MU

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EDUARDO MOURE, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion to Terminate Supervised Release. Jurisdiction in this case was transferred to the Southern District of Florida on April 4, 2005. Defendant must therefore file his motion in that district to receive appropriate relief. To that end, this motion is **DISMISSED** with leave to refile in the appropriate court.

**IT IS SO ORDERED.**

Signed: February 28, 2006

Graham C. Mullen
United States District Judge